Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−30413−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Agresta
   1001 Kresson Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−1968

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2018
JAN: ml

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Agresta  
     Debtor

Case No. 16-30413-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jan 25, 2018  
                   Form ID: 148     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.

```
db          +Stephen Agresta,   1001 Kresson Road,   Cherry Hill, NJ 08003-2724
cr          +Gorski & Knowlton PC,   311 Whitehorse Avenue,   Suite A,   Hamilton, NJ 08610-1430
cr          +Specialized Loan Servicing LLC, as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
516660049   +BONY as Trustee for CWABS, Inc Series 2007-13,   Shellpoint Mortgage Servicing,   PO BOX 10826,
              Greenville, SC 29603-0826
516464404   +Bank of New York Mellon,   c/o Specialized Loan Servicing,   8742 Lucent Blvd, Suite 300,
              Littleton, CO 80129-2386
516464405   +Bank of New York Mellon,   c/o Pluese Becker & Saltzman, LLC,   20000Horizon Way, Suite 900,
              Mount Laurel, NJ 08054-4318
516464407   +Choice Recovery (Imaging & Radiology Spe,   c/o First Federal Credit Control,   PO Box 20790,
              Columbus, OH 43220-0790
516464409   +Emergency Pysicians of S  Jersey, PC,   6681 Country Club Drive,   Golden Valley, MN 55427-4601
516464410   +Gorski & Knowlton PC,   Attn: Allen I Gorski Esq,   311 Whitehorse Avenue- Suite A,
              Hamilton, NJ 08610-1430
516464411   +Madison Park Investors, LLC,   438 5th Avenue,   Pelham, NY 10803-1257
516806589   +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516660039    THE BANK OF NEW YORK MELLON,   KML Law Group PC,   Sentry Office Plaza,
              216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516464402   +EDI: RMCB.COM Jan 25 2018 23:08:00      American Credit Collection Agency,   4 Westchester Plaza,
              Suite 110,   Elmsford, NY 10523-1615
516464403    EDI: RESURGENT.COM Jan 25 2018 23:08:00      Ashley Funding Services, LLC (Lab Corp),
              c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516662148    EDI: RESURGENT.COM Jan 25 2018 23:08:00      Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,   Corporation of America Holdings,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516464406   +EDI: CAPITALONE.COM Jan 25 2018 23:08:00      Capital One Bank USA NA,   Attn> Bankruptcy,
              PO Box 30285,   Salt Lake City, UT 84130-0285
516484978    EDI: IRS.COM Jan 25 2018 23:08:00      Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
516654556   +EDI: PRA.COM Jan 25 2018 23:08:00      Orion Portfolio Services LLC,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516464412    EDI: RECOVERYCORP.COM Jan 25 2018 23:08:00      Orion Portfolio Services LLC  (Verizon),
              c/o Recovery Management Systems Corp,   25 SE 2d Avenue, Suite 1120,   Miami, FL 33131-1605
516662793    EDI: PRA.COM Jan 25 2018 23:08:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.A.,   POB 41067,   Norfolk VA 23541
                                                                                                TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516464408        CLEM Properties
516464401*       Internal Revenue Service,   Special Procedures Department,   PO Box 744,
                  Springfield, NJ 07081-0744
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2018
                             Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of CWABS, Inc., Asset-Backed Certificates, Series 200 nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen   Agresta markksmithlaw@aol.com, Romasmith@aol.com
                                                                                              TOTAL: 6
```